

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00251-CV

Herbert L. **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin, Ronaldo Dunagan, Lynda C. Spence, and EXP
Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of
the appeal are taxed against appellant.

SIGNED August 11, 2021.

_____
Rebeca C. Martinez, Chief Justice